DARNELL SMISON WELLINGTON JR
COLORADO STATE PRISON D.O.C. # 158387
PO BOX 777
CANON CITY COLO 81215

FILED
CLERK U.S. DISTRICT COURT

MAR 31 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

THE ELECTRONIC PRIVACY INFO CENTER
1718 CONNECTICUT AVE SUITE 200
PH# 202-483-1140 EXT 106
E-MAIL: INFO @ EPIC.ORG

MARC ROTENBERG
PRESIDENT AND
EXCUTIVE DIRECTOR

JASON STANDZEL PH# 815-535-3553
10741 SHERMAN WAY #3
SUN VALLY, CA 91352

CV16-02194 VBF(AGR)

TO WHOM THIS MAY CONCERN JASON STANDZEL IS A
CONTRACTOR FOR THE ELECTRONIC PRIVACY INFORMATION CENTER
HE IS IN CHARGE OF KEEPING THE PROGRAM UP DATED.
THE COMPANY HAS TO HAVE SOMEONE RUN THE PROGRAM AND
ANOTHER CONTRACTOR TO MONITOR THE EXPERIMENTAL MICRO CHIP.
THIS PROGRAM IS ON A VOLUNTARY BASES. I WAS IN VOLUNTARLY
MICRO CHIPED AND JASON STANDZEL WAS PAID WHEN NORMALY
THE VOLUNTER WOULD RECIEVE PAYMENT JASON STANDZEL
AMITED TO ME THAT HE DID HAVE ME MICRO CHIPED WITHOUT
MY KNOWLEDGE AND RECIEVED THE PAYMENTS THAT NORMALY
THE VOLUNTER WOULD RECIEVE. THIS COMPANY IS A CONTRACTOR
FOR THE UNITED STATES GOVERMENT.

THIS COMPANY IS A FAULT BECAUSE IT WAS
ONE OF THEIR CONTRACTORS JASON STANDZEL WHO HAS
VIOLATED MY CONSTITUTIONAL RIGHTS AS FOLLOWS:

FOURTEENTH ADMENDMENT TO THE CONSITUTION THE RIGHT TO
EQUAL PROTECTION.

FOURTH APMENDMENT TO THE CONSTITUTION MY RIGHT TO
PRIVACY UNDER THE FOURTH ADMENDMENT

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 28 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Colorado Department Of Corrections

Name Washington Parnell

Register Number U158387

Unit B-7-1-11

Box Number 777

City, State, Zip Canon City, CO 81215-0777

90012470199



DENVER CO 802

22 MAR 2016 PM 3 1

CLERK, U.S. DISTRICT COURT

MAR 2 2 2016

CENTRAL DISTRICT OF CALIF.
BY

1200 U.S Courthouse
312 North Spring Street
Los Angeles, CA 90012