

FILED
CLERK U.S DISTRICT COURT

MAR 31 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Darnell Emerson Washington Jr. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:16-cv-02194 VBF(AGR) |
| Jason Standzel, et al | **NOTICE OF FILING OF COMPLAINT WITHOUT PREPAYMENT OF FILING FEES OR REQUEST TO PROCEED IN FORMA PAUPERIS** |
| DEFENDANT(S) | |

Plaintiff has submitted a complaint for filing. The filing fee has not been paid, nor has a Request to Proceed in Forma Pauperis been submitted. The case has been forwarded to the assigned magistrate judge for review.

| March 31, 2016 | By | J. Santana |
|---|---|---|
| Date | | Deputy Clerk |