UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| INMATE # 158387 (Colorado) | CASE NUMBER |
|---|---|
| DARNELL EMERSON WASHINGTON, JR., | CV 16-2194-VBF (AGR) |
| PLAINTIFF(S) | |
| v. | ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |
| JASON STANDZEL, et al., | |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed Without Prepayment of Filing Fees is hereby GRANTED.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).

_____        _____
Date                              United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed Without Prepayment of Filing Fees be **DENIED** for the following reason(s):

- ☒ Inadequate showing of indigency.
- ☒ Failure to authorize disbursements from prison trust account to pay filing fee.
- ☒ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☐ District Court lacks jurisdiction.
- ☐ Other _____

- ☒ Frivolous, malicious, or fails to state a claim upon which relief may be granted.
- ☐ Seeks monetary relief from a defendant immune from such relief.
- ☒ Leave to amend would be futile.
- ☐ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. *See O'Neal v. Price*, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:
Plaintiff, a Colorado state inmate, has file a one page civil rights complaint against three private (that is, non-governmental) defendants for surreptitiously "micro chipping" Plaintiff against his will. (Continued)

4/4/2016                          /s/ Alicia G. Rosenberg
Date                              United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed Without Prepayment of Filing Fees is:

- ☐ **GRANTED. IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).
- ☒ **DENIED, and this case is hereby DISMISSED.** The dismissal is WITH prejudice. This is a final and immediately-appealable order.
- ☐ **DENIED with leave to amend within 30 days.** Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number. If plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED.

April 5, 2016                     /s/ Valerie Baker Fairbank
Date                              United States District Judge

CV-73P (03/16)      ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

Washington v. Standzel, No. CV 16-2194-VBF (AGR)
Page 2
(Continued)

Defendants are private actors and thus may not be sued under 42 U.S.C § 1983. See *Lugar v. Edmondson Oil Co.*, 457 U.S. 922, 939 (1982) ("Action by a private party . . ., without something more, [is] not sufficient to justify a characterization of that party as a 'state actor.'").

The Court finds that leave to amend would be futile.